UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **NICHOLAS KASTNER** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 14 cv 3390 |
| | ) | |
| v. | ) | Judge Wood |
| | ) | |
| **POLICE OFFICER JOHN CICHY,** | ) | Magistrate Judge Schenkier |
| **POLICE OFFICER MATTHEW HUDAK,** | ) | |
| **POLICE OFFICER TERRANCE O'BRIEN,** | ) | |
| **POLICE OFFICER ALAN TAKEI,** | ) | |
| **CHIEF BRIAN HOWERTON,** | ) | |
| **SERGEANT TOM GREENAWAY,** | ) | Jury Demand |
| **Individually; and** | ) | |
| **VILLAGE OF SCHAUMBURG,** | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION TO DISMISS
COUNTS II AND V OF PLAINTIFF'S COMPLAINT AT LAW
WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and among all parties, by and through their respective attorneys of record listed below, that Count II (asserting Section 1983 Due Process claims against Defendants Cichy, Hudak, O'Brien and Takei) and Count V (asserting Willful and Wanton Supervision claims again Defendants Howerton, Greenaway and Village of Schaumburg) of Plaintiff's Complaint at Law, filed on May 9, 2014, are dismissed without prejudice.

Respectfully submitted,

| | |
|---|---|
| /s/ David S. Lipschultz | /s/ Eileen E. Rosen |
| Attorney for Plaintiff | Attorney for Defendants Cichy, Hudak, |
| Goldberg, Weisman & Cairo | and O'Brien |
| One East Wacker, 38th Floor | Rock Fusco & Connelly LLC. |
| Chicago, IL 60601 | 321 N. Clark Street, Suite 2200 |
| Tel: 312-245-2165 | Chicago, Illinois 60654 |
| | Tel: 312-494-1000 |

/s/ John J. Timbo
Attorney for Defendants Village of Schaumburg,
Howerton, Greenaway and Takei
The Sotos Law Firm, P.C.
550 East Devon, Suite 150
Itasca, IL 60143
Tel: 630-735-3300