UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NICHOLAS KASTNER | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 14 cv 3390 |
| | ) | |
| v. | ) | Judge Wood |
| | ) | |
| POLICE OFFICER JOHN CICHY, | ) | Magistrate Judge Schenkier |
| POLICE OFFICER MATTHEW HUDAK, | ) | |
| POLICE OFFICER TERRANCE O'BRIEN, | ) | |
| POLICE OFFICER ALAN TAKEI, | ) | |
| CHIEF BRIAN HOWERTON, | ) | |
| SERGEANT TOM GREENAWAY, | ) | Jury Demand |
| Individually; and | ) | |
| VILLAGE OF SCHAUMBURG, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:  Eileen Rosen, Esq.
Stacy Benjamin, Esq.
Silvia Mercado Masters, Esq
Catherine M. Barber, Esq.
Rock Fusco & Connelly, LLC
321 N. Clark St., Suite 2200
Chicago, IL 60654

James G. Sotos, Esq.
John J. Timbo, Esq.
Jeffrey R. Kivetz, Esq.
The Sotos Law Firm, P.C.
550 East Devon, Suite 150
Itasca, IL 60143

**PLEASE TAKE NOTICE** that on **August 20, 2014**, I filed with the Clerk of the United States District Court for the Northern District of Illinois the following: Stipulation to Dismiss Counts II and V of Plaintiff's Complaint at Law Without Prejudice.

Dated: August 20, 2014

Respectfully submitted,

GOLDBERG WEISMAN CAIRO

/s/ David S. Lipschultz
Attorney for Plaintiff
One East Wacker Drive, #3800
Chicago, Illinois 60601
Telephone: 312/ 464-1200
Facsimile: 312/ 464-1212
Atty. No. 6277910

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2014, I electronically filed this Notice and Stipulation, referred to above, with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which will send notification of such filing to above attorneys.

/s/ David S. Lipschultz
David S. Lipschultz

David S. Lipschultz
Goldberg Weisman Cairo
Attorneys for the Plaintiff
One E. Wacker Dr., 38th Floor
Chicago, IL 60601
(312) 464-1200
(312) 464-1212 Fax
Atty. No. 6277910