UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NICHOLAS KASTNER | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Case No. 14 CV 3390 |
| POLICE OFFICER JOHN CICHY, | ) | |
| POLICE OFFICER MATTHEW HUDAK, | ) | Judge Andrea R. Wood |
| POLICE OFFICER TERRANCE O'BRIEN | ) | |
| POLICE OFFICER ALAN TAKEI, | ) | Magistrate Judge Sidney I. Schenkier |
| CHIEF BRIAN HOWERTON, | ) | |
| SERGEANT TOM GREENAWAY, | ) | |
| Individually; and VILLAGE OF | ) | |
| SCHAUMBURG, | ) | |
| | ) | |
| Defendants. | ) | |

**SCHAUMBURG DEFENDANTS' AGREED
MOTION TO DISMISS PURSUANT TO SETTLEMENT**

Defendants, Alan Takei, Brian Howerton, Tom Greenaway and Village of Schaumburg ("Schaumburg Defendants") through their attorneys, James G. Sotos and John J. Timbo of The Sotos Law Firm, P.C., hereby state that the parties have reached agreement to settle this matter, having entered into a Release and Settlement Agreement and attached Stipulation to Dismiss (Ex. A), and thus this matter should be dismissed, with prejudice and without costs or attorneys fees to any party.

Dated: February 26, 2015
RESPECTFULLY SUBMITTED,

/s/John J. Timbo
JOHN J. TIMBO, Attorney No. 06238251
*One of the Attorneys for Schaumburg Defendants*

James G. Sotos
John J. Timbo
THE SOTOS LAW FIRM, P.C.
550 E. Devon Ave. Suite 150
Itasca, IL 60143
Tel: (630) 735-3300
Fax: (630) 773-0980
jtimbo@jsotoslaw.com

## CERTIFICATE OF SERVICE

  I certify under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that the foregoing is true and correct, that on February 26, 2015, I electronically filed the foregoing **Schaumburg Defendants' Agreed Motion to Dismiss Pursuant to Settlement** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys listed on the attached Service List.

            /s/John J. Timbo
            JOHN J. TIMBO, Attorney No. 06238251
            *One of the Attorneys for Schaumburg Defendants*

**SERVICE LIST**
*Kastner v. Cichy, et al.*
Case No. 14 CV 3390

***Attorney for Plaintiff***
David S. Lipschultz
Goldberg Weisman Cairo
One East Wacker Drive
38th Floor
Chicago, Illinois 60601
Tel: (312) 245-2165
Fax: (312) 464-1212
dlipschultz@gwclaw.com

***Attorneys for Cichy, Hudak & O'Brien***
Eileen E. Rosen
Stacey A. Benjamin
Silvia Mercado Masters
Catherine M. Barber
Rock Fusco & Connelly, LLC
321 N. Clark Street, Suite 2200
Chicago, Illinois 60654
Tel: (312) 494-1000
Fax: (312) 494-1001
erosen@rockfuscoconnelly.com
sbenjamin@rockfuscoconnelly.com
cbarber@rockfuscoconnelly.com
smercado@rockfuscoconnelly.com