*Kastner v. Cichy, et al.*
Case No. 14 CV 3390

# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NICHOLAS KASTNER | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Case No. 14 CV 3390 |
| POLICE OFFICER JOHN CICHY, | ) | |
| POLICE OFFICER MATTHEW HUDAK, | ) | Judge Andrea R. Wood |
| POLICE OFFICER TERRANCE O'BRIEN | ) | |
| POLICE OFFICER ALAN TAKEI, | ) | Magistrate Judge Sidney I. Schenkier |
| CHIEF BRIAN HOWERTON, | ) | |
| SERGEANT TOM GREENAWAY, | ) | |
| Individually; and VILLAGE OF | ) | |
| SCHAUMBURG, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

RESPECTFULLY SUBMITTED,

_____
JOHN J. TIMBO, *Attorney for Schaumburg Defendants*

_____
DAVID S. LIPSCHULTZ, *Attorney for Plaintiff*

_____
SILVIA MERCADO MASTERS, *Attorney for Cichy, Hudak and O'Brien*

John J. Timbo
THE SOTOS LAW FIRM, P.C.
550 E. Devon Avenue, Suite 150
Itasca, Illinois 60143
Tel: (630) 735-3300
Fax: (630) 773-0980
jtimbo@jsotoslaw.com